# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                  Case No. 06-CR-20415

EDWARD W. FISHER and BRIAN W. LAMBKA,

    Defendants.
                                                /

## ORDER GRANTING DEFENDANT FISHER'S "MOTION FOR DISCOVERY"

Defendant Edward W. Fisher filed a "Motion for Discovery" on March 3, 2008. The court held a hearing on March 13, 2008, where counsel indicated agreement upon the issues Defendant raises. Accordingly, and for the reasons stated on the record,

IT IS ORDERED that Defendant's "Motion for Discovery" [Dkt. # 38] is GRANTED.

IT IS FURTHER ORDERED that counsel prepare for a telephone status conference on **March 20, 2008 at 10:30 a.m.** to discuss their progress on the case. The court will initiate the call.

                                          S/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated: March 17, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 17, 2008, by electronic and/or ordinary mail.

                                          S/Lisa Wagner
                                          Case Manager and Deputy Clerk
                                          (313) 234-5522